M. Elizabeth Graham (SBN 143085)
GRANT & EISENHOFER P.A.
2325 Third Street, Suite 329
San Francisco, CA 94107
Tel.: (415) 229-9720
Fax: (415) 789-4367
Email: egraham@gelaw.com

*Counsel for City of Sterling Heights Police &
Fire Retirement System*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| CITY OF STERLING HEIGHTS POLICE & FIRE RETIREMENT SYSTEM, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SYNOPSYS, INC., SASSINE GHAZI, SHELAGH GLASER, SUDHINDRA KANKANWADI, AART J. DE GEUS, LUIS BORGEN, MARC N. CASPER, JANICE D. CHAFFIN, BRUCE R. CHIZEN, MERCEDES JOHNSON, ROBERT G. PAINTER, JEANNNINE P. SARGENT, JOHN G. SCHWARZ, and ROY VALLEE, <br><br> Defendants. | Case No. 5:25-cv-11059 <br><br> **STIPULATION AND [PROPOSED] ORDER ACCEPTING SERVICE, SETTING SCHEDULE FOR FURTHER PROCEEDINGS, AND VACATING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** <br><br> Judge Eumi K. Lee <br><br> **FIRST REQUEST FOR EXTENSION** |

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:25-CV-11059-EKL

WHEREAS, on December 30, 2025, Plaintiff City of Sterling Heights Police & Fire Retirement System ("Plaintiff") commenced the above-captioned action against Defendants Synopsys, Inc., Sassine Ghazi, Shelagh Glaser, Sudhindra Kankanwadi, Aart J. De Geus, Luis Borgen, Marc N. Casper, Janice D. Chaffin, Bruce R. Chizen, Mercedes Johnson, Robert G. Painter, Jeannine P. Sargent, John G. Schwarz, and Roy Vallee (collectively, "Defendants"), alleging violations of the Securities Act of 1933, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA") (ECF No. 1);

WHEREAS, on January 4, 2026, the Court issued an Order scheduling a series of deadlines, including a deadline to file an ADR Certification, a deadline to meet and confer, a deadline to make initial disclosures, a deadline to file a Joint Case Management Statement, and setting an Initial Case Management Conference for April 2, 2026 (ECF No. 14);

WHEREAS, the PSLRA provides a procedure for the appointment of lead plaintiff and lead counsel, 15 U.S.C. § 77z-1(a)(3), and motions for appointment as lead plaintiff and approval of lead counsel were filed on a related docket (25-cv-09410-EKL) on December 30, 2025;

WHEREAS, the Parties anticipate that the Court-appointed lead plaintiff will file an amended complaint and that Defendants will file motion(s) to dismiss;

WHEREAS, the PSLRA provides that discovery shall be stayed during the pendency of any motion to dismiss, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, the undersigned parties respectfully submit that, because the pleadings are not yet set and in light of the PSLRA's discovery stay, good cause exists to find that Defendants should not be required to respond to a complaint in this case until after lead plaintiff and lead counsel have been appointed and have filed an amended complaint, and to vacate Initial Case Management Conference and related deadlines, including for the Case Management Statement, as well as deadlines related to the ADR Certification, to be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss; and

WHEREAS, there have been no prior requests for adjournment or extension;

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:25-CV-11059-EKL

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the undersigned, subject to Court approval, as follows:

1.      The undersigned counsel for Defendants hereby accepts service of the summons and complaint in this action without waiving any rights or defenses, except as to sufficiency of service.

2.      The Parties agree that Defendants need not respond to the complaint (ECF No. 1).

3.      Within fourteen (14) days of entry of the Order appointing lead plaintiff and lead counsel, the Court-appointed lead plaintiff and Defendants shall confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response(s) thereto.

4.      Pending deadlines, including deadlines related to the ADR Certification, initial disclossures, the Initial Case Management Conference, and all associated deadlines, are vacated and shall be reset after the Court has an opportunity to rule on Defendants' anticipated motion to dismiss.

Dated: March 6, 2026                          Respectfully submitted,


*/s/ M. Elizabeth Graham*
M. Elizabeth Graham (Cal. Bar Id. 143085)
GRANT & EISENHOFER P.A.
2325 Third Street, Suite 329
San Francisco, CA 94107
Tel.: (415) 229-9720
Fax: (415) 789-4367
Email: egraham@gelaw.com

Karin E. Fisch (*pro hac vice*)
Vincent J. Pontrello (*pro hac vice*)
GRANT & EISENHOFER P.A.
485 Lexington Avenue
New York, NY 10017
Tel.: (646) 722-8500
Fax: (646) 722-8501
Email: kfisch@gelaw.com
Email: vpontrello@gelaw.com

*Counsel for City of Sterling Heights Police & Fire Retirement System*

3

Dated: March 5, 2026                    Respectfully submitted,


                                        */s/ Edward Han*
                                        James N. Kramer
                                        Edward Han
                                        ORRICK, HERRINGTON, SUTCLIFFE LLP
                                        1000 Marsh Road
                                        Menlo Park, CA 94025-1015
                                        Telephone: (650) 614-7400
                                        Email: jkramer@orrick.com
                                        Email: edward.han@orrick.com

                                        *Counsel for Defendants*

        Pursuant to Civil Local Rule 5-1(i)(3), all signatories concur in filing this stipulation.

Dated March 6, 2026                     */s/ M. Elizabeth Graham*
                                        M. Elizabeth Graham

                              *        *        *

        PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED:  March 9, 2026                   _____
                                        HONORABLE EUMI K. LEE
                                        UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [PROPOSED] ORDER
CASE NO. 5:25-CV-11059-EKL